**RADIATOR SPECIALTY COMPANY, Plaintiff–Appellant,**

v.

**IQ PRODUCTS COMPANY, Defendant–Appellee.**

No. 04–1340.

United States Court of Appeals, Federal Circuit.

Aug. 25, 2004.

Kenneth M. Morris, Morris & Campbell, Houston, TX, for Defendant–Appellee.

William M. Atkinson, Alston & Bird, for Plaintiff–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).